**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7227**

A. C. JACKSON,

Petitioner - Appellant,

v.

MARK J. BOLSTER,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:19-cv-01349-TSE-JFA)

Submitted:  April 29, 2021                                    Decided:  May 11, 2021

Before GREGORY, Chief Judge, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

A. C. Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

A.C. Jackson, a federal prisoner, appeals the district court's order construing his 28 U.S.C. § 2241 petition as a successive 28 U.S.C. § 2255 motion and dismissing it on that basis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. Bolster*, No. 1:19-cv-01349-TSE-JFA (E.D. Va. July 7, 2020). In addition, we deny as unnecessary Jackson's motion for a certificate of appealability and deny his motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*